# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

130157-58

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICK PAPALAS,
      Plaintiff,

v

                     SC: 130157-58
                     COA: 252470
                     Wayne CC: 00-034152-NO

FORD MOTOR COMPANY,
      Defendant/Cross-Plaintiff/
      Third-Party Plaintiff-Appellee,
and

METRO INDUSTRIAL PIPING, INC., and
WALBRIDGE ALDINGER COMPANY,
      Defendants/Cross-Defendants,
and

ROUGE STEEL COMPANY, DETROIT
EDISON COMPANY, and COMMERCIAL
CONTRACTING COMPANY,
      Defendants,
and

METRO INDUSTRIAL PAINTING, INC.,
      Third-Party Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

t0521